AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT CHRISTOPHER CARUSO (305) 629-1742

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALEXANDRE PEREIRA, *ET AL.*

**WARRANT FOR ARREST**

CASE NUMBER: 00-6042-CR-WJZ(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CRYSTAL MCGEE _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and with the intent to defraud, conspiring to, and actually using one or more unauthorized access devices (credit cards), to obtain a sum of money equal to or greater than $1000 during a one year period;

in violation of Title 18 United States Code, Section(s) 2; 1029(a)(2), (b) (1), (h)(2);

CLARENCE MADDOX
Name of Issuing Officer

*Denny Butler*
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond w/ Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 6, 2000, Fort Lauderdale, Florida
Date and Location

*Lurana S. Snow*
by Lurana S. Snow, Chief U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

```
 [docket   ]                      CIVIL/CRIMINAL                         [vdkttext]
 4. Queries                         Docketing


  Docket #   : 0:00-cr-6042                                                    BSS
  Short Title: USA                  v. Pereira                  PRIOR
  Type: cr          Judge: Zloch              Magistrate:
 ---------------------------------------------------------------------------------
 -

 ---------------------------------------------------------------------------------
 -
                Summary of Event that Created the Document

 Filed       Entry Date  Last Update      History ID      Docketed by
 4/6/00       4/7/00      **/**/**         3932946           lh
      +-----------------------------------------------------------+
       SEALED DOCUMENT
```

Attached to D.E. # __53__

```
      +viewing docket text----------------------------------------+
 Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```