COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Crystal McGee (J)#  CASE NO: 00-6042-CR-Zloch (S)
AUSA: Bertha Mitrani /Rosenbaum  ATTNY: Tam Smargon
(FPD represents deft on related case)
AGENT: ___  VIOL: ___
PROCEEDING: Initial Appearance  BOND REC: $50,000 Corp Surety w/ Nebelsa

BOND HEARING HELD - yes (no)  COUNSEL APPOINTED: ___
BOND SET @ $50,000 Corp Surety w/ Nebelsa

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by C___ D.C.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

1 - advised of charges.
1 - has state hold.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No Bond hrg held -
Both sides reserve
right to proceed
w/ ~~bond~~ hrg
at a later date

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 5-9-00  11:00am  BSS

DATE: 4-19-00  TIME: 11:00am  TAPE # 00-030  PG # 6
377-511