UNITED STATES DISTRICT COURT
Southern District of Florida

APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55143-004

UNITED STATES OF AMERICA )
             Plaintiff   )  Case Number: CR 00-6042-CR-ZloCh
                         )  REPORT COMMENCING CRIMINAL
        -vs-             )           ACTION
                         )
Crystal McGee            )
_____
             Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9/19/00            am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Access Device Fraud

(4) U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 06/15/67

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____