UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH(S)

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALEXANDRE PEREIRA
HAROLD ROBINSON
JONATHAN FREDERICKS
BELINDA McNAIR
and CRYSTAL McGEE,

      Defendants.
_____/

ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL



THIS MATTER is before the Court for Calendar Call on April 24, 2000 and upon the Defendant, Alexandre Pereira's, ore tenus Motion For Continuance, based upon ongoing plea negotiations. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Alexandre Pereira's, ore tenus Motion For Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of April 25, 2000 and is



hereby reset for the two-week trial calendar commencing on Monday, June 19, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, June 16, 2000, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, April 24, 2000, through and including June 19, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(1)(I).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of April, 2000.

<br>

                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished:

See attached Mailing List

UNITED STATES OF AMERICA v. ALEXANDRE PEREIRA, et al.
CASE NO. 00-6042-CR-ZLOCH


Bertha Mitrani, Esq., AUSA
299 East Broward Boulevard
Fort Lauderdale, Fl 33301

Samuel J. Rabin, Esq.
For Defendant Pereira
799 Brickell Plaza
Miami, FL 33131-5198

Alan R. Soven, Esq.
Soven & Wax
For Defendant Robinson
1571 N.W. 13th Court
Miami, FL 33115-1605

Richard A. Moore, Esq.
For Defendant Fredericks
4305 A Rose Avenue
Naples, FL 34112

Ana M. Jhones, Esq.
For Defendant McNair
330 Biscayne Boulevard
Miami, FL 33132

Samuel Smargon, Esq., AFPD
for Defendant McGee