-cr-06042-WJZ . MAGISTRATE JUDGE BARRY S. SELTZER Entered on FLSD Docket 05/10/2000 P

| | | | |
|---|---|---|---|
| DEFT: | Crystal McGee (no deft) | CASE NO: | 00-6042-CR-Zloch |
| AUSA: | Bertha Mitrani *present* /Lopez/ | ATTNY: | FPD: Sam Smargon |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
____ Electronic Monitoring

Discovery out
2-3 day to try
no motion, no tapes.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 5-9-00    TIME: 11:00am    TAPE # 00-033    PG # 5
1804 - 1836

95