UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

CRYSTAL McGEE,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 9, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two to three days to try.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this ____ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Samuel Smargon, Esquire
Assistant Federal Public Defender
Attorney for Defendant