UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

v.

CRYSTAL McGEE

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM A**
**DATE & TIME:**
June 23, 2000 at 2:00 PM

**CHANGE OF PLEA** - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: June 14, 2000

cc:
Bertha Mitrani, Esq., AUSA
Samuel Smargon, Esq., AFPD