UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6042-CR-WJZ  DATE 6/23/00
CLERK Deloris McIntosh  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Crystal McGee

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Samuel Smargon

DEFENDANT:  (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING  Change of Plea

RESULT OF HEARING  Deft pled guilty to Count 1s of the Superseding Indictment

JUDGMENT

CASE CONTINUED TO  9/1/00  TIME 11:00  FOR Sentencing

MISC

122